# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION ) <br> LABORERS WELFARE FUND, an employee ) <br> benefit plan, et al, ) <br> ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TOWN & COUNTRY MASONRY and ) <br> TUCKPOINTING, LLC, ) <br> ) <br>       Defendant. ) | No. 4:13-CV-696-JAR |

## SUPPLEMENTAL MEMORANDUM AND ORDER

The Court is in receipt of counsel's affidavit filed in support of Plaintiffs' request for an award of attorneys' fees and costs for the filing of the motion for contempt (Doc. No. 16), which request was granted by the Court in its Order of September 27, 2013. (Doc. No. 15) In his affidavit, counsel states that his firm's standard hourly billing rate in 2013 is $180.00 for partners, $170.00 for associates, and $90.00 for paralegal services. In the instant case, counsel's billing records reflect that he performed 9.7 hours of associate attorney services. The billing records reflect an additional 0.5 hours of associate attorney services, 0.2 hours of partner attorney services, and 0.6 hours of paralegal services. In connection with this matter, counsel states his firm expended $54.90 for service of the Court's September 3, 2013 Order (Doc. No. 12) by special process server.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant Town & Country Masonry and Tuckpointing, LLC, shall be held liable for Plaintiffs' attorneys fees and costs in the amounts of $1,824.00 for attorneys fees and $54.90 in costs, for a total award of $1,878.90.

**IT IS FURTHER ORDERED** that Plaintiffs shall effect service of this Supplemental Order and the Court's Orders of June 4, 2013 (Doc. No. 9) and September 27, 2013 (Doc. No. 15) on Defendant by whatever means they believe to be most effective, and shall promptly file a certificate of such service.

Dated this 4th  day of October, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE